# IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES(via video conference)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br><br>Seyed Sajjad Shahidian(1),<br>　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:   DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No:        18-cr-308 PJS/KMM<br>Date:            May 18, 2020<br>Courthouse:   Minneapolis<br>Courtroom:    9E<br>Time Commenced:   1:28 p.m.<br>Time Concluded:    1:35 p.m.<br>Time in Court:       7 minutes |

APPEARANCES:

　Plaintiff: Tim Rank, Assistant U.S. Attorney
　Defendant:  Manny Atwal
　　　X FPD

　Interpreter / Language:　　　Ben Taheri/Farsi

**Indictment Dated:**

　X Reading of Indictment Waived　　　X Not Guilty Plea Entered

Other Remarks:

　X Defendant consented to appear via video.

　X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Janet Midtbo
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy