# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  18-CR-0308(1) (PJS/KMM) |
| | Date:  June 16, 2020 |
| Seyed Sajjad Shahidian, | Court Reporter:  Debra Beauvais |
| Defendant. | Courthouse:  Video Conference |
| | Courtroom:  Video Conference |
| | Time Commenced:  11:32 a.m. |
| | Time Concluded:  12:23 p.m. |
| | Sealed Hearing Time: |
| | Time in Court:  Hours & 51 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:    Tim Rank, Charlie Kovats
   For Defendant:    Manny Atwal ☒ FPD ☐ CJA ☐ Retained ☐ Appointed
   Interpreter/Language: Ben Taheri / Farsi
   ☐ Appointment of Counsel requested - ☐ granted ☐ denied.
   ☐ Appointed

PROCEEDINGS:
   ☐ **Arraignment** on ☐ Information, ☐ Indictment
   ☒ **Change of Plea Hearing.**
   ☐ **Initial Appearance.**
   ☐ Indictment waived.
   ☐ Defendant withdraws plea of as to Count(s):

   ☐ PLEA:
      ☒ Guilty as to Count: 1
      ☐ "Nolo Contendere" as to Count(s):
      ☐ Defendant admits allegations in the Information.

   ☒  Presentence Investigation and Report requested.
   ☐  Bond continued.
   ☒  **~Util Set/Reset Hearings:**  Sentencing is scheduled for Thursday, October 15, 2020 at 9:00 a.m. before Judge Patrick J. Schiltz.
   ☒  Defendant remanded to the custody of the U.S. Marshal.

    s/C. Glover    <br>Courtroom Deputy